Chad S. Hummel (Bar No. CA 139055)
E-mail: chummel@manatt.com
Shari Mulrooney Wollman (Bar No. CA 137142)
E-mail: swollman@manatt.com
Erin C. Witkow (Bar No. CA 216994)
E-mail: ewitkow@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Christopher P. Bussert (Admitted *Pro Hac Vice*)
E-mail: cbussert@kilpatricktownsend.com
James W. Faris (Admitted *Pro Hac Vice*)
E-mail: jfaris@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff IMAX Corporation

Robert G. Wilson (SBN 58653)
E-mail: robert.wilson@gordonkemper.com
Eric A. Altoon (SBN 190918)
E-mail: eric.altoon@gordonkemper.com
GORDON KEMPER LLP
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071-3134
Telephone: (213) 452-8260
Facsimile: (213) 452-8296

Attorneys for Defendants Henrick Aghajanian
and IMAX Group Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAX CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>HENRICK AGHAJANIAN, individually and d/b/a IMAX AUTO GROUP; and IMAX GROUP INC., individually and d/b/a IMAX AUTO GROUP,<br><br>        Defendants. | Case No. 11-CV-01729 SJO (MANx)<br><br>**PERMANENT INJUNCTION** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] PERMANENT INJUNCTION

The Court, having considered the Stipulation Re: Final Judgment and Permanent Injunction submitted by Plaintiff IMAX Corporation ("Plaintiff"), on the one hand, and Defendants Henrick Aghajanian, individually and d/b/a IMAX Auto Group, and IMAX Group Inc., individually and d/b/a IMAX Auto Group (collectively, "Defendants"), on the other hand, and good cause appearing therefore, hereby adopts the following findings of fact and conclusions of law, which are set forth in the Stipulation Re: Final Judgment and Permanent Injunction:

1. Plaintiff IMAX Corporation ("Plaintiff") is a Canadian corporation having a principal place of business located at 2525 Speakman Drive, Sheridan Science and Technology Park, Mississauga, Ontario, Canada L5K 1B1.

2. Defendant Henrick Aghajanian ("Aghajanian") is an individual doing business as and under the fictitious name IMAX Auto Group and resides at 811 N. Victory Blvd., Burbank, California 91502.

3. Defendant IMAX Group Inc. ("IMAX Group") is a corporation organized and existing under the laws of the State of California, having its principal place of business at 811 N. Victory Blvd., Burbank, California 91502, and IMAX Group is doing business as and under the fictitious name IMAX Auto Group (Defendants Aghajanian and IMAX Group are collectively referred to herein as "Defendants").

4. Pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, and pursuant to 28 U.S.C. §§ 1331 and 1338, this Court has subject matter jurisdiction over IMAX's claims against Defendants.

5. Since at least 1972, Plaintiff has been, and is currently, using the IMAX mark in connection with a wide range of technology and services including projection systems, cameras, sound systems, motion picture conversion and editing equipment, and production and post-production services, many of which employ or otherwise utilize computer technology, as well as screens and motion picture films and the operation of a worldwide system of motion picture theaters;

6. Plaintiff's IMAX mark has also been and is currently used in connection with a wide variety of merchandise including audio and audio-visual tapes and compact discs.

7. Plaintiff's use of its IMAX mark has been valid and continuous since the date of first use and has not been abandoned.

8. Plaintiff is the owner of numerous federal trademark registrations for the IMAX mark in connection with a broad array of goods and services including: Reg. No. 942,747, Reg. No. 2,857,685, Reg. No. 2,958,015, Reg. No. 1,283,679, Reg. No. 2,121,078, Reg. No. 2,197,111, Reg. No. 2,263,032, Reg. No. 2,302,107, Reg. No. 3,013,611, Reg. No. 2,857,684, and Reg. No. 3,650,746.

9. Plaintiff also is the owner of other IMAX marks which are used in connection with a broad array of goods and services, including: IMAX DOME, IMAX 3D, IMAX HD, and IMAX PSE.

10. Defendants market, sell, and offer for sale new and used automobiles in interstate commerce under the designations "IMAX Auto Group" and "IMAX Group Inc," and Defendants' goods and services have been advertised on the Internet.

11. On February 28, 2011, Plaintiff commenced the above-captioned action (the "Action") by filing a Complaint (the "Complaint") against Defendants; the Complaint alleged trademark infringement, unfair competition, and trademark dilution arising under the Trademark Act of 1946, 15 U.S.C. §§ 1051 et seq. (2004) ("Lanham Act"), and the common law;

12. This Court has personal jurisdiction over Defendants because Defendants reside in this State, do business in this State, have distributed, offered for sale, or sold allegedly infringing merchandise within this State, have allegedly engaged in acts or omissions within this State causing injury, and have otherwise established contacts with this State making the exercise of personal jurisdiction proper.

13. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (2) because Defendants reside in this District, and a substantial part of the events or omissions giving rise to the action occurred in this District;

14. Defendants have very recently changed the name of their business to "IMX Auto Group" and "IMX Group Inc." and Plaintiff has advised that it does not object to those new names.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that:

Defendants and their respective agents, servants, employees, predecessors, officers, directors, shareholders, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants are **PERMANENTLY RESTRAINED AND ENJOINED** from using any name, mark or URL (except as expressly provided in Paragraph 2 of the Stipulation Re: Final Judgment and Permanent Injunction) consisting of or including the term "IMAX" including, without limitation, "Imax Auto Group" or any other confusingly similar imitation of Plaintiff's IMAX® mark in connection with Defendants' business, goods or services (including without limitation use of the above-referenced designations within the phrase "formerly known as . . .").

IT IS SO ORDERED.

Dated: May 5, 2011

*S. James Otero*

HONORABLE S. JAMES OTERO

Respectfully submitted by:

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>CHAD S. HUMMEL<br>SHARI MULROONEY WOLLMAN<br>ERIN C. WITKOW | GORDON KEMPER LLP<br>ROBERT G. WILSON |
| /s/ Erin C. Witkow | |
| Christopher P. Bussert *(Admitted Pro Hac Vice)*<br>James W. Faris *(Admitted Pro Hac Vice)*<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>E-mail: cbussert@kilpatricktownsend.com<br>E-mail: jfaris@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>IMAX CORPORATION | Attorneys for Defendants Henrick Aghajanian and IMAX Group Inc. |

300247877.1