Chad S. Hummel (Bar No. CA 139055)
E-mail: chummel@manatt.com
Shari Mulrooney Wollman (Bar No. CA 137142)
E-mail: swollman@manatt.com
Erin C. Witkow (Bar No. CA 216994)
E-mail: ewitkow@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Christopher P. Bussert (Admitted *Pro Hac Vice*)
E-mail: cbussert@kilpatricktownsend.com
James W. Faris (Admitted *Pro Hac Vice*)
E-mail: jfaris@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff IMAX Corporation

Robert G. Wilson (SBN 58653)
E-mail: robert.wilson@gordonkemper.com
Eric A. Altoon (SBN 190918)
E-mail: eric.altoon@gordonkemper.com
GORDON KEMPER LLP
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071-3134
Telephone: (213) 452-8260
Facsimile: (213) 452-8296

Attorneys for Defendants Henrick Aghajanian
and IMAX Group Inc.

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAX CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HENRICK AGHAJANIAN, individually and d/b/a IMAX AUTO GROUP; and IMAX GROUP INC., individually and d/b/a IMAX AUTO GROUP,<br><br>　　　　Defendants. | Case No. 11-CV-01729 SJO (MANx)<br><br>**FINAL JUDGMENT BY CONSENT** |

The Court, having considered the Stipulation Re Final Judgment and Permanent Injunction submitted by Plaintiff IMAX Corporation ("Plaintiff"), on the one hand, and Defendants Henrick Aghajanian, individually and d/b/a IMAX Auto Group, and IMAX Group Inc., individually and d/b/a IMAX Auto Group (collectively, "Defendants"), on the other hand, and good cause appearing therefore,

HEREBY ORDERS, ADJUDGES AND DECREES:

1. Judgment is entered in favor of Plaintiff on all claims asserted by Plaintiff against Defendants in this Action.

2. Defendants shall pay Plaintiff the sum of Three Thousand Five Hundred Dollars ($3,500) within fifteen (15) days from entry by the Court of this [Proposed] Final Judgment By Consent.

3. Defendants shall assign the URL <imaxautogroup.com> to Plaintiff no later than October 15, 2011, and from the date of entry of this [Proposed] Final Judgment By Consent through October 15, 2011, Defendants shall be permitted to use the URL <imaxautogroup.com> solely to redirect potential visitors to Defendants' website accessible through the URL <imxautogroup.com>.

4. The parties shall bear their own attorneys' fees, expenses, and costs associated with the Action.

5. No appeals shall be taken from the Final Judgment By Consent, and Plaintiff and Defendants hereby waive all right to appeal from the Final Judgment By Consent.

IT IS SO ORDERED.

*S. James Otero* (signature)

Dated: May 5, 2011

HONORABLE S. JAMES OTERO

Respectfully submitted by:

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>CHAD S. HUMMEL<br>SHARI MULROONEY WOLLMAN<br>ERIN C. WITKOW<br><br>/s/ Erin C. Witkow<br><br>Christopher P. Bussert *(Admitted Pro Hac Vice)*<br>James W. Faris *(Admitted Pro Hac Vice)*<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>E-mail: cbussert@kilpatricktownsend.com<br>E-mail: jfaris@kilpatricktownsend.com<br>Attorneys for Plaintiff<br>IMAX CORPORATION | GORDON KEMPER LLP<br>ROBERT G. WILSON<br><br><br>Attorneys for Defendants Henrick Aghajanian and IMAX Group Inc. |

300247790.1

[PROPOSED] FINAL JUDGMENT BY CONSENT

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES